# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORY LEE MOLNAR,<br><br>　　　　　　Petitioner,<br><br>　　　　v.<br><br>MIKE POULOS, Warden,<br><br>　　　　　　Respondent. | NO. SACV 09-00283 CJC (SS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 19, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE